1 | Christopher LaPolo
**NAPOLI, BERN, RIPKA LLP**
2 | 350 Fifth Avenue #7413
New York, NY 10118
3 | (212) 267-3700
(212) 587-0031 facsimile
4 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-5861 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Geneva Crowley,<br>　　　　　　　Plaintiffs,<br>　　　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Geneva Crowley, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　NAPOLI, BERN, RIPKA, LLP

By:_____*by permission
Christopher LaPolo
*Attorneys for Plaintiffs*

-1-

DATED: Jan. 12, 2010        DLA PIPER LLP (US)

By: /s/ Michelle Sadowsky
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

Hon. Charles R. Breyer
United States District Court